IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANDREA CODY, TRAEVION LOVE, BRITTANY BURK, and DANA WHITEFIELD, individually and on behalf of all others similarly situated, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:19-CV-1935-K |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY and ALLSTATE COUNTY MUTUAL INSURANCE COMPANY, | § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

This Final Judgment is entered pursuant to the Court's Memorandum Opinion and Order entered this same date, in which the Court granted Defendants Allstate Fire and Casualty Insurance Company and Allstate County Mutual Insurance Company's Motion to Dismiss.

It is therefore, **ORDERED**, **ADJUDGED** and **DECREED** that Plaintiffs take nothing by their suit against Defendants, and that Plaintiffs' claims against Defendants Allstate Fire and Casualty Insurance Company and Allstate County Mutual Insurance Company are **DISMISSED with prejudice.**

Each party is to bear their own costs.

**SO ORDERED.**

Signed February 3rd, 2021.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE